# ROBERT D. RICHMAN
Attorney

PO Box 16643  651-278-4987
5100 W. 36th Street  Robert@rdrichmanlaw.com
Minneapolis, MN  55416  www.rdrichmanlaw.com

October 11, 2022

Honorable Dulce J. Foster
United States Magistrate Judge
316 N. Robert Street
St. Paul, MN 55101

Filed on ECF

Re:  United States v. Brendon Daugherty
     Crim. No. 22-229 (ECT/DJF)

Dear Magistrate Judge Foster:

I am writing to inform the Court that I will not be filing motions on Mr. Daugherty's behalf. The motion hearing scheduled for November 2, 2022 may be taken off the calendar.

Sincerely,

/s *Robert D. Richman*

Attorney for Brendon Daugherty