Honorable Judge Tostrud                                              20 March 2023

RE:  Brendon Daugherty

Judge Tostrud

We are John and Susan Daugherty.  The parents of Brendon.  We are writing to ask for leniency in your sentencing of our son.

Brendon is our first-born son. He was born with Aspergers.  This is a disability on the autism spectrum. In laymen's terms I would describe it as having normal to above normal intelligence with a lack of understanding of social cues and norms. Socially Brendon has the development of an early adolescent.

We were unaware of Brendon's disability during his early childhood.  The disability became apparent in the early years of primary school. We received medical advice and treatment from his pediatric doctor. This was followed with treatment at Minneapolis Childrens Clinic for consulting and psychiatric care from Park Nicollet.

During this process Brendon's diagnosis was refined from ADHD to the final diagnosis, at 18, of Aspergers.

Brendon's childhood and adolescence were painful and troubled.  He was ostracized and rejected by his peers in school.  He had a very difficult time developing and maintaining social relations.  The people that did allow him in his group took advantage of his disability.

Brendon's life experience has lead to a distrust of most people.  He feels that they are going to use him. In addition, his disability prevents him from understanding of how his actions affect others.

We understand the serious nature of Brendons action.  We also know that he did not have any intention to follow through.  He doesn't have the ability or resources to initiate those actions.

We will be at he hearing on the 29th.  We are willing to answer any questions you may have at that time.

Thank you for considering our request.

John M Daugherty

Susan M Daugherty